UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: SETH NEZAT (J)#19691-104
CASE NO: 19-6091-SELTZER

AUSA: (B. BROWN DUTY AUSA)
ATTY:

USPO:
VIOL: 18:U.S.C.§1962(d)

PROCEEDING: INITIAL APPEARANCE ON REMOVAL FROM SD OF OHIO
RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no
COUNSEL APPOINTED: FPD APPOINTED TIM DAY

BOND SET @: NO BOND HEARING WAS HELD
To be cosigned by:

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full-time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

DEFENDANT ADVISED OF CHARGES. REQUEST COURT TO APPOINT COUNSEL. SWORN/TEST FOR COURT APPOINTMENT OF COUNSEL FPD APPOINTED DEFENDANT DEFERS BOND HEARING UNTIL HIS RETURN TO SOUTHERN DISTRICT OF OHIO. WAIVED REMOVAL AND SIGNED WAIVER COURT FINDS GOOD CAUSE TO CONTINUE HEARING UNTIL HIS RETURN TO OHIO. COMMITMENT ORDER SIGNED. NO BOND HEARING WAS HELD IN OUR DISTRICT (U.S. ATTORNEY MATTHEW SINGER APPEARED TELEPHONICALLY FROM OHIO)

NEXT COURT APPEARANCE: DATE: TIME: JUDGE: PLACE:

REPORT RE COUNSEL:

**PTD**/BOND HEARING:

PRELIM/**ARRAIGN** OR REMOVAL:

STATUS RE EXTRADITION/HRG:

DATE: 2/27/19   TIME: 11:00 AM   FTL/TAPE/# BSS-   Begin DAR:

[25 MINS]
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO DAR:11:05:45-11:27:04 RECALLED 11:35:06-11:37:40