# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF FLORIDA

Case No: 19-6091-SELTZER
Your Case No:1:18-CR-109

**United States of America**

vs

**WAIVER OF REMOVAL HEARING**

**Seth Nezat,**

**I , Seth Nezat** charged in a proceeding on a **Indictment filed in the Southern District of Ohio in violation of 18:U.S.C.§1962(d) Conspiracy To Participate In Racketeering Activity and** having been arrested in the **Southern District of Florida (Fort Lauderdale)** and taken before **United States Magistrate Judge Barry S. Seltzer**, for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **Southern District of Ohio** where the aforesaid charge is pending against me.

February  27th,  2019

_____
Signature of defendant

**Barry S. Seltzer**
**United States Magistrate Judge (2/27/19)**

cc: All Counsel