AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN     District of     FLORIDA

| UNITED STATES OF AMERICA vs. SETH NEZAT, | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

19-6091-SELTZER

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest SOUTHERN DISTRICT OF OHIO | District of Offense 1:18-CR-109 | District of Arrest SOUTHERN DISTRICT OF FLORIDA | District of Offense 19-6091-SELTZER |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment    ☐ Information    ☐ Complaint    ☐ PETITION

charging a violation of   18      U.S.C. § 1962(d)

**DISTRICT OF OFFENSE:**

SOUTHERN DISTRICT OF OHIO (WESTERN DIVISION)

**CONSPIRACY TO PARTICIPATE IN RACKETEERING ACTIVITY**

**CURRENT BOND STATUS:**

☐ Bail fixed at        and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    (Federal Defender Organization)    ☐ CJA Attorney    ☐ None

**Interpreter Required?** ☐ No      Yes    Language:   ENGLISH

**SOUTHERN DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL
     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

FEBRUARY 27 2019

_____      _____
Date      United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |